IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
WHEELING DIVISION

| | | |
|---|---|---|
| STEVEN RATTAY, and SHARON RATTAY, his wife, | : : : | |
| Plaintiffs, | : : | CIVIL ACTION NO: 5:05-CV-177 (Chief Judge Irene M. Keeley) |
| vs. | : : : | |
| MEDTRONIC, INC., individually and t/d/b/a MEDTRONIC NEUROLOGICAL, | : : : | |
| Defendants. | : | |

## STIPULATION OF VOLUNTARY DISMISSAL

To the Clerk of the United States District Court for the Northern District of West Virginia:

Pursuant to F.R.C.P. 41(a)(1), and the resolution of all issues in dispute between the parties, the parties hereby stipulate to voluntarily dismiss this action with prejudice, by consent of all parties. All parties are to bear their own costs.

    Respectfully submitted,

    SHENDEROVICH SHENDEROVICH
    & FISHMAN, P.C.

By:/s/ Craig L. Fishman, Esquire
    Craig L. Fishman, Esquire
    Attorney for Plaintiffs
    W.V. Bar ID #10216

    429 Fourth Avenue
    Suite 1600
    Pittsburgh, PA 15219
    P: (412) 391-7610
    F: (412) 288-0217

Consented to:      /s/ David D. Johnson, III, Esquire
    David D. Johnson, III, Esquire
    Counsel for all Defendants

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing STIPULATION OF VOLUNTARY DISMISSAL was electronically served on this 12th day of September, 2007, by the Clerk of the Northern District of West Virginia on the following:

David D. Johnson, III, Esquire
Winter Johnson & Hill, P.L.L.C.
P.O. Box 2187
Charleston, WV 25328

Tom Parker, Esquire
Parker Leiby Hanna & Rasnick, L.L.C.
388 South Main Street
Suite 402
Akron, OH 44311

        Respectfully submitted,

        SHENDEROVICH SHENDEROVICH
         & FISHMAN, P.C.

        By:/s/ Craig L. Fishman, Esquire
           Craig L. Fishman, Esquire
           Attorney for Plaintiffs
           W.V. Bar ID #10216

           429 Fourth Avenue
           Suite 1600
           Pittsburgh, PA 15219
           P:  (412) 391-7610
           F:  (412) 288-0217